CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



## Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

April 15, 2014

Gary Hogg
TDCJ No. 1624020
Allred Unit
2101 FM 369 North
Iowa Park, Tx. 76367

RE:  Court of Appeals Number:     05-10-00231-CR
     Trial Court Case Number:

Style:  Hogg, Gary AKA Mitchell, Lagaryon
        v.
        The State of Texas

_____ 1.  The case has been submitted and is pending consideration.

_____ 2.  The Court of Criminal Appeals has jurisdiction over post-conviction writs and habeas corpus. Please contact the Court of Criminal Appeals for any forms or information.

_____ 3.  The Court has no record of an appeal on file in the above referenced name or trial court number.

_____ 4.  Enclosed is a copy of the opinion in your appeal.

_____ 5.  This Court does not appoint counsel

_____ 6.  Neither the judges nor the staff of this Court can give legal advice. Therefore, you may wish to contact your attorney; the trial court; or the State Counsel for Offenders, Texas Department of Criminal Justice, P.O. Box 4005, Huntsville, TX, 77342 for further information or assistance.

7. The Court does not have jurisdiction to compel the trial court to provide you with free copies of any of your trial court records. This Court does not provide free copies of any documents without prepayment of costs. Our charge is $.10 per page payable in advance by cashier's check or money order.

8. Your case has been set for submission on

9. Our records reflect that the

10. Enclosed please find the copies you requested.

x 11. The cost for the copies you requested is ( clerk record 1 volume 49 pages, supplemental clerk record 1 volume 5 pages, reporter records 4 volumes 267 pages, supplemental reporter record 1 volume 23 pages, total cost to copy & ship $42.40 )

Respectfully,

/s/ Lisa Matz, Clerk of the Court

2